■ COLLATERAL FACTORS CORP., Respondent, v EUGENE WEISS, Appellant.—Order, Supreme Court, New York County, entered on February 8, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The record does not contain either the

order fixing counsel fees or any notice of appeal therefrom. No opinion. Concur—Sandler, J. P., Bloom, Markewich, Lupiano and Silverman, JJ.